United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM FLOYD CRESSY, et al.,<br><br>    Plaintiffs,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION, et al.,<br><br>    Defendants. | Case No.  23-cv-05201-WHO<br><br>**ORDER TO SHOW CAUSE; RESPONSE REQUIRED**<br><br>Re: Dkt. No. 50 |

Defendant California Department of Transportation has moved to dismiss the Complaint. Dkt. No. 50.  The opposition or other response from plaintiffs was due on December 13, 2023.  As of the date of this Order, no opposition or other response has been received.

Plaintiffs are ORDERED TO SHOW CAUSE why this case should not be dismissed without prejudice for failure to prosecute.  Fed. Rule of Civ. Proc. 41(b).

If plaintiffs intend to litigate this case further, they must file an opposition or other response on or before **January 5, 2024**.  If plaintiffs file by that date, defendant may file a reply on or before **January 12, 2024**.  The hearing on defendant's motion to dismiss is reset from January 3, 2024 to **January 31, 2024**.

Failure to respond by January 5, 2024 will leave to dismissal of this case without prejudice.

**IT IS SO ORDERED.**

Dated: December 18, 2023



William H. Orrick
United States District Judge